**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6089**

———————

JERRY ROBERT JONES,

                              Petitioner - Appellant,

        versus

VIRGINIA DEPARTMENT OF CORRECTIONS, Director,

                              Respondent - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District Judge.  (CA-00-889-7)

———————

Submitted:  April 12, 2001          Decided:  April 18, 2001

———————

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Jerry Robert Jones, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerry Robert Jones seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>Jones v. Virginia Dep't of Corr.</u>, No. CA-00-889-7 (W.D. Va. Nov. 15, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>